**Herbert CLUBB et al., Appellants,**

v.

**Arthur J. DAVID et al., Appellees.**

**No. 3942.**

Court of Civil Appeals of Texas.

Waco.

June 13, 1961.

Leroy McCall, Hamshire, for appellants.

W. A. Tatum, Beaumont, for appellees.

McDONALD, Chief Justice.

Appellant appealed from a judgment rendered against him, and caused Transcript

**396**

and Statement of Facts to be filed in the 9th Court of Civil Appeals on 14 April, 1961. Such cause was transferred to this court on 19 June, 1961. Appellant has filed no brief, nor offered any reason for failure to do so.

It is our view that appeal should be dismissed. See Rules 414 and 415 Texas Rules of Civil Procedure.

This appeal is accordingly dismissed.